IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| VIRNETX, INC.,<br><br>      Plaintiff,<br>  v.<br><br>MICROSOFT CORPORATION,<br><br>      Defendants.<br>_____/ | No. C 14-80014 MISC RS<br><br>**ORDER** |

Pursuant to Civil Local Rule 72-2, VirnetX seeks review of the order issued herein by the magistrate judge, contending it presents identical issues as those pending in Case No. C 14-80013 MISC RS. Without prejudice to any argument the opposition may wish to present that the issues are not identical in the two matters, review of the two orders will be conducted in tandem. No separate opposition need be filed under this case number, unless there is a contention that different issues are presented here.

The pending motion to relate the two cases under Civil Local Rule 3-12 is denied as moot, given that they are already assigned to the same judge, and referred to the same magistrate judge.

IT IS SO ORDERED.

Dated: 4/9/14

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE